UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA - SOUTHERN

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEYENNE APARTMENTS, PPG, LP, a limited partnership; STATE OF NEVADA DEPARTMENT OF TRANSPORTATION; RONALD PHILLIPS, an individual; DARLENE BECERRA, an individual; ADRIAN MICHAEL BECERRA, an individual; and CHRISTOPHER WATKINS, an individual,<br><br>Defendants. | CASE NO.:<br>2:10-cv-00461<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Date of Hearing:  N/A<br>Time of Hearing:  N/A |

. . .

. . .

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Date of Hearing: N/A
Time of Hearing: N/A

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their counsel of record, that the above-captioned action be dismissed with prejudice in accordance with Federal Rule of Civil Procedure section 41(a)(1), the parties to bear their own costs and fees.

| | |
|---|---|
| Date: 6/29/10<br>ALVERSON, TAYLOR, MORTENSEN & SANDERS<br><br>*/s/ Andrea Thorsteinsson*<br>DAVID J. MORTENSEN, ESQ.<br>Nevada Bar No. 002547<br>ANDREA THORSTEINSSON, ESQ<br>Nevada Bar No. 011304<br>7401 W. Charleston Boulevard<br>Las Vegas, NV  89117-1401<br>(702) 384-7000<br>**FAX: 702-385-7000**<br>E-Mail: efile@alversontaylor.com<br>Attorneys for PLAINTIFF<br>The American Insurance Company | Date: 6/25/10<br>CHRISTIANSEN LAW OFFICES<br><br><br>*/s/ Kristina Weller*<br>Kristina R. Weller, Esq.<br>Nevada Bar No. 007975<br>9910 W. Cheyenne Avenue, #110<br>Las Vegas, NV  89129<br>702-240-7979<br>**FAX: 702-658-3848**<br>E-Mail:<br>kweller@christiansenlaw.com<br>Attorneys for DEFENDANTS<br>Darlene Becerra and<br>Adrian Michael Becerra |

. . .

. . .

. . .

. . .

. . .

. . .

2

| | |
|---|---|
| Date: 6/28/10<br>PORTER & TERRY, LLC<br><br>*[signature]* 4936 for<br><br>R. Todd Terry, Esq.<br>~~Nevada Bar No. 006519~~<br>525 South Ninth Street<br>Las Vegas, NV 89101<br>702-384-5800<br>**FAX: 702-384-6580**<br>E-Mail:<br>generalmailbox@porterterrylaw.com<br>Attorneys for DEFENDANT<br>Ronald Phillips | Date: ~~_____~~<br>LAW OFFICES OF DANIEL S. SIMON<br>& ASSOCIATES<br><br>*[X]*<br><br>Daniel S. Simon, Esq.<br>Nevada Bar No. 004750<br>810 South Casino Center Blvd.<br>Las Vegas, NV 89101<br>702-364-1650<br>**FAX: 702-364-1655**<br>Attorney for DEFENDANT<br>CHRISTOPHER WATKINS |
| Date: ~~_____~~<br>MENTER & WITKIN<br><br>*[X]*<br><br>Timothy Menter, Esq.<br>2600 Michelson Drive, #900<br>Irvine, CA 92612-6507<br>949-250-9000<br>**FAX: 949-250-9045**<br>Attorney for DEFENDANT<br>Cheyenne Apartments, PPG, LP | Date: ~~_____~~<br><br>*[X]*<br><br>Eddie S. Gulbenkian, Esq.<br>Senior Deputy Attorney General<br>555 E. Washington Ave.,<br>Ste. 3900<br>Las Vegas, NV 89101<br>**Fax: 702-486-3906**<br>esgulben@ag.state.nv.us<br>Attorneys for DEFENDANT<br>State of Nevada Department<br>of Transportation |

. . .

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3

#18612 - DJM

| | |
|---|---|
| Date: ~~PORTER & TERRY, LLC~~ | Date: Jun 29, 2010<br>LAW OFFICES OF DANIEL S. SIMON<br>& ASSOCIATES<br><br>_____/s/_____ #11109 -FOR-<br>Daniel S. Simon, Esq. |
| R. Todd Terry, Esq.<br>Nevada Bar No. 006519<br>525 South Ninth Street<br>Las Vegas, NV  89101<br>702-384-5800<br>**FAX: 702-384-6580**<br>E-Mail:<br>generalmailbox@porterterrylaw.com<br>Attorneys for DEFENDANT<br>Ronald Phillips | Nevada Bar No. 004750<br>810 South Casino Center Blvd.<br>Las Vegas, NV  89101<br>702-364-1650<br>**FAX: 702-364-1655**<br>Attorney for DEFENDANT<br>CHRISTOPHER WATKINS |
| Date: ~~MENTER & WITKIN~~ | Date: ~~_____~~ |
| Timothy Menter, Esq.<br>2600 Michelson Drive, #900<br>Irvine, CA 92612-6507<br>949-250-9000<br>**FAX: 949-250-9045**<br>Attorney for DEFENDANT<br>Cheyenne Apartments, PPG, LP | Eddie S. Gulbenkian, Esq.<br>Senior Deputy Attorney General<br>555 E. Washington Ave.,<br>Ste. 3900<br>Las Vegas, NV 89101<br>**Fax: 702-486-3906**<br>esgulben@ag.state.nv.us<br>Attorneys for DEFENDANT<br>State of Nevada Department<br>of Transportation |

. . .

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

#18612 - DJM

```
Date: _____          Date: _____
PORTER & TERRY, LLC                LAW OFFICES OF DANIEL S. SIMON
                                   & ASSOCIATES
```
(signature block crossed out)

R. Todd Terry, Esq.                Daniel S. Simon, Esq.
Nevada Bar No. 006519              Nevada Bar No. 004750
525 South Ninth Street             810 South Casino Center Blvd.
Las Vegas, NV   89101              Las Vegas, NV   89101
702-384-5800                       702-364-1650
**FAX: 702-384-6580**              **FAX: 702-364-1655**
E-Mail:                            Attorney for DEFENDANT
generalmailbox@porterterrylaw.com  CHRISTOPHER WATKINS
Attorneys for DEFENDANT
Ronald Phillips


Date: 6/28/10                      Date: _____
MENTER & WITKIN

*/s/ Timothy Menter/*

Timothy Menter, Esq.               Eddie S. Gulbenkian, Esq.
2600 Michelson Drive, #900         Senior Deputy Attorney General
Irvine, CA 92612-6507              555 E. Washington Ave.,
949-250-9000                       Ste. 3900
**FAX: 949-250-9045**              Las Vegas, NV 89101
Attorney for DEFENDANT             **Fax: 702-486-3906**
Cheyenne Apartments, PPG, LP       esgulben@ag.state.nv.us
                                   Attorneys for DEFENDANT
                                   State of Nevada Department
                                   of Transportation

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

3

#18612 - DJM

```
 1  Date:_____          Date:_____
    PORTER & TERRY, LLC                   LAW OFFICES OF DANIEL S. SIMON
 2                                        & ASSOCIATES

 3

 4  _____        _____
    R. Todd Terry, Esq.                   Daniel S. Simon, Esq.
 5  Nevada Bar No. 006519                 Nevada Bar No. 004750
    525 South Ninth Street                810 South Casino Center Blvd.
 6  Las Vegas, NV   89101                 Las Vegas, NV   89101
    702-384-5800                          702-364-1650
 7  FAX: 702-384-6580                     FAX: 702-364-1655
    E-Mail:                               Attorney for DEFENDANT
 8  generalmailbox@porterterrylaw.com     CHRISTOPHER WATKINS
    Attorneys for DEFENDANT
 9  Ronald Phillips

10

11
                                          Date: 06-25-10
12  Date:_____
    MENTER & WITKIN
13
                                          [signature: Eddie Gulbenkian]
14
                                          _____
15  _____        Eddie S. Gulbenkian, Esq.
    Timothy Menter, Esq.                  Senior Deputy Attorney General
16  2600 Michelson Drive, #900            555 E. Washington Ave.,
    Irvine, CA 92612-6507                 Ste. 3900
17  949-250-9000                          Las Vegas, NV 89101
    FAX: 949-250-9045                     Fax: 702-486-3906
18  Attorney for DEFENDANT                esgulben@ag.state.nv.us
    Cheyenne Apartments, PPG, LP          Attorneys for DEFENDANT
19                                        State of Nevada Department
                                          of Transportation
20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28
```

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3

#18612 - DJM

ORDER

BASED UPON the foregoing stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter be dismissed, with prejudice, the parties to bear their own costs and fees.

DATED this 1st day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

4